BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARK B. CAPPS, Corporate Vice President, Mustang Ranch II, Inc.,<br><br>　　　　　Respondent.<br>_____ | **1:12-cv-01959-LJO-BAM**<br><br>**PETITIONER'S REQUEST FOR VOLUNTARY DISMISSAL; ORDER**<br><br>Taxpayer: MUSTANG RANCH II, INC.<br><br>Date: February 22, 2013<br>Time: 9:00 a.m.<br>Ctrm: 8, 6th Floor (Honorable Barbara A. McAuliffe) |

　　　Petitioner, acting ex parte because nobody has been served, requests dismissal of this proceeding, without prejudice, because Petitioner inadvertently initiated this proceeding by a petition intended for another proceeding.

Dated: December 7, 2012　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　　/s/ *YHimel*
　　　　　　　　　　　　　　　　　　　　YOSHINORI H. T. HIMEL
　　　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney

**PETITIONER'S REQUEST FOR VOLUNTARY DISMISSAL; ORDER**　　　　　　　　　　　　Page 1

## **ORDER**

Upon Petitioner's ex parte request, this proceeding is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

**Dated:   December 10, 2012**         /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE